UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-622(APM) |
| v. | : | |
| | : | |
| MITCHELL TODD GARDNER II | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with David Benowitz, counsel for the defendant, regarding this motion and counsel does not oppose this motion.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                        Respectfully submitted,

                                        CHANNING PHILLIPS
                                        Acting United States Attorney
                                        D.C. Bar No. 415793

By:                 /s/
                                        JACQUELINE SCHESNOL
                                        AZ Bar No. 016742
                                        Trial Attorney
                                        Capitol Riot Detailee
                                        Two Renaissance Square
                                        40 N. Central Ave., Suite 1800
                                        Phoenix, AZ 85004-4449
                                        (602) 514-7500
                                        jacqueline.schesnol@usdoj.gov