# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| v. : | Case No. 21-cr-622 (APM) |
| : | |
| **MITCHELL TODD GARDNER II,** : | |
| : | |
| **Defendant.** : | |

## MOTION FOR AN ENLARGEMENT OF TIME

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court for an enlargement of time in which to file its notice of expert witnesses. Defendant Gardner is scheduled to stand trial beginning July 18, 2022; the government has been instructed to file its notice of expert witnesses on or before June 3, 2022. (ECF 37.) The government respectfully requests an extension until June 17, 2022 (30 days before trial) to file its expert notice. Undersigned counsel has been unable to reach counsel for Defendant Gardner and is therefore unaware of his position on this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Jacqueline Schesnol*
Jacqueline Schesnol
AZ Bar No. 016742
Capitol Riot Detailee
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500
jacqueline.schesnol@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a copy of this pleading to be served upon counsel of record, this 1st day of June 2022.

/s/
Jacqueline Schesnol
Assistant United States Attorney