UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES**<br><br>v.<br><br>**MITCHELL TODD GARDNER III**<br>**Defendant.** | )<br>)<br>)<br>)  Case No. 1:21-cr-00622-APM<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Defendant's Motion to Take Guilty Plea Under Advisement or, in the alternative, to Conduct Guilty Plea and Sentencing on the Same Day, it is hereby,

**ORDERED**, that the Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that Mr. Gardner's

1) guilty plea will be taken under advisement pending sentencing with no change in release conditions; or

2) guilty plea and sentencing will be held on the same day and will be allowed to voluntarily surrender; or

3) will remain on release pending sentencing following a guilty plea.

_____                                      _____
**DATE**                                                                    **AMIT P. MEHTA**
**United States District Judge**