UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 21-cr-622-APM |
| | : | |
| MITCHELL TODD GARDNER, II | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter.

The following video and photographic evidence available to the Court electronically:

| Exhibit Number | File Name | Source | Description |
| --- | --- | --- | --- |
| 1 | Exhibit 1. Open-Source Rendering of Capitol Building and Grounds as they appeared on January 6, 2021.png] | Open-Source Twitter users @ne0ndistraction and @sansastark525 | Open-Source Rendering of Capitol Building and Grounds as they appeared on January 6, 2021. |
| 2 | Exhibits 2A-B.png | USCP security footage | Stills from USCP security footage showing the progression of the crowd, from the outer barricades |
| 3 | Exhibits 3A-B.jpg | USCP security footage | Stills from USCP security footage showing the breach of the West Plaza barricades. |
| 4 | Exhibits 4.png | USCP security footage | Stills from USCP security footage showing the breakthroughs in the defensive line on both the left and right flanks. |
| 5 | Exhibit 5.jpg | Architect of the Capitol, | West Front of the Capitol on Inauguration Day. |

1

|  |  | https://www.aoc.gov/what-we-do/programs-ceremonies/inauguration |  |
|---|---|---|---|
| 6 | Exhibit 6.jpg | Defendant Gardner's Phone | Photo of Defendant Gardner as dressed on January 6, 2021. |
| 7 | Exhibit 7.jpg | Defendant Gardner's Phone | Photo of Defendant Gardner as dressed on January 6, 2021. |
| 8 | Exhibit 8.png | Open-Source | Photo of Defendant Gardner on restricted grounds of the U.S. Capitol just past Peace Circle. |
| 9 | Exhibit 9.png | Open-Source | Photo of Defendant Gardner on restricted grounds of the U.S. Capitol on the West Plaza. |
| 10 | Exhibit 10.png | Open-Source | Photo of Defendant Gardner on restricted grounds of the U.S. Capitol on the West Plaza. |
| 11 | Exhibit 11.png | Open-Source | Photo of Defendant Gardner on restricted grounds of the U.S. Capitol entering stairs built for the Inauguration. |
| 12A | Exhibit 12A.png | Open-Source | Defendant Gardner making his way through the crowd. |
| 12B | Exhibit 12B.png | Taken from a yet-to-be-charged target's phone. | Defendant Gardner making his way through the crowd. |
| 13 | Exhibit 13 Gardner (Political Trance Video text and squares).mp4 | Open-Source video titled "Political Trance" | Video - Defendant Gardner yelling, pointing, spraying OC, etc. |
| 13-1 through 13-13 | Exhibit 13-1.png through Exhibit 13-13.png | Open-Source video titled "Political Trance" | Stills from video Exhibit 13. |
| 14 | Exhibit 14 Gardner Spraying.mp4 | Taken from a yet-to-be-charged target's phone. | Video - Defendant Gardner spraying into LWT tunnel with MPD MK46 OC spray. |
| 14-1 | Exhibit 14.png | Taken from a yet-to-be-charged target's | Still from Exhibit 14. |

| | | phone. | |
|---|---|---|---|
| 15 | Exhibit 15 CCTV | CCTV | Video - CCTV. |
| 15-1 | Exhibit 15-1.png | CCTV | Still from Exhibit 15. |
| 16 | Exhibit 16. BWC from MPD Officer J.L. | BWC MPD Officer J.L. | Video - BWC. |
| 16-1 | Exhibit 16-1.png | BWC MPD Officer J. L. | Still from Exhibit 16. |
| 17 | Exhibit 17.png | CCTV | Gardner's arm reaching up to redirect construction ladder to a window. |
| 18 | Exhibit 18 Gardner breaking window with MK46.mp4 | Open-Source | Video - 37 seconds showing Gardner breaking window with MK46. |
| 18-1 through 18-4 | Exhibit 18-1.png through Exhibit 18-4.png | Open-Source | Stills from Exhibit 18. |
| 19 | Exhibit 19.mp4 | Open-Source | Video - Gardner assisted others up onto the ledge outside the window into ST-2M. |
| 19-1 through 19-3 | Exhibits 19-1.png through Exhibit 19-3.png | Open-Source | Still from Exhibit 19. |
| 20 | Exhibit 20. Gardner in STM2.MOV | From another defendant's phone | Video - Gardner inside ST-2M. |
| 20-1 | Exhibit 20-1 | From another defendant's phone | Still from Exhibit 20. |
| 21 | Exhibit 21. 32 minutes excerpt from Full Footage.MOV | Full Footage https://www.youtube.com/watch?v=iNFcdpZdkh0 | Video - Gardner helping others into the Capitol, waving for others to come closer, and giving a "Nixon-like victory sign." |
| 21-1 through 21-4 | Exhibit 21-1 through Exhibit 21-4 | Full Footage https://www.youtube.com/watch?v=iNFcdpZdkh0 | Stills from Exhibit 21. |
| 22 | Exhibit 22 | From defendant St Cyr's phone | Video - 2 minute 30 seconds, in which Gardner can be seen in ST-2M and helping remove window. |
| 22-1 through 22-4 | Exhibit 22-1 through Exhibit 22-4 | From defendant St Cyr's phone | Stills from Exhibit 22. |

| 23 | Exhibit 22 Video of Gardner Later in the Day.mp4 | Open-Source | Video - Gardner on the LWT encouraging other rioters. |
|---|---|---|---|
| 23-1 and 23-2 | Exhibit 22-1.png and Exhibit 22-2.png | Open-Source | Stills from Exhibit 23. |
| 24 | Exhibit 24 | CCTV | Video - CCTV 4:48:57 – 4:56:33 p.m. |
| 24-1 and 24-2 | Exhibit 24-1 and 24-2 | CCTV | Stills from Exhibit 24 |
| 25-1 through 25-3 | Exhibits 25-1 through 25-3 | BWC and CCTV | BWC and CCTV stills |
| 26 | Exhibit 26 | Documentary film by Alex Holder | Video - Segment of documentary film. |
| 27 | Exhibit 25. MPD Commander Ramey Kyle Impact Statement V4.mp4 | Video compiled from CCTV, BWC, and Interview of Commander Kyle. | Video - Victim Impact Statement of MPD Commander Kyle. |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ *Jacqueline Schesnol*
Jacqueline Schesnol
AZ Bar No. 016742
Capitol Riot Detailee
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500
jacqueline.schesnol@usdoj.gov

**CERTIFICATE OF SERVICE**

On this3rd day of March, 2023, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/ *Jacqueline Schesnol*
Jacqueline Schesnol
Assistant United States Attorney