## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 1:21-cr-00622-APM-1 |
| | : |
| **MITCHELL TODD GARDNER, II,** | : Judge Amit P. Mehta |
| | : |
| **Defendant.** | : |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Thomas Stutsman is counsel of record on behalf of the United States in the above-captioned case.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

KACIE M. WESTON
Chief, Special Proceedings Division

*/s/ Thomas Stutsman*
THOMAS STUTSMAN
Assistant United States Attorney
Minnesota Bar No. 0392603
Special Proceedings Division
601 D Street NW
Washington, D.C. 20530
(202) 252-7578
Thomas.Stutsman@usdoj.gov