UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case No. 21-cr-00622 (APM) |
| MITCHELL TODD GARDNER, II, | ) ) ) | |
| Defendant. | ) ) | |

# ORDER

Before the court is Defendant's Motion for Return of Monetary Penalties, ECF No. 68. For the reasons explained below, it is denied.

Defendant seeks return of two payments—restitution in the amount of $3,500 and the special assessment sum of $300—based on the pardon he received from President Trump on January 20, 2025. The pardon does not, however, entitle him to such relief. A pardon does not "affect any rights which have vested in others directly by the execution of the judgment for the offence, or which have been acquired by others whilst that judgment was in force," including sums paid into the U.S. treasury. *Knote v. United States*, 95 U.S. 149, 154 (1877). Here, Defendant's convictions became final long before his pardon. *See* Judgment, ECF No. 61 (entered on March 24, 2023, with no later appeal filed). His payments already have "vested in others"; specifically, the court has confirmed that the restitution has been paid to the Architect of the Capitol and the special assessment to the Crime Victims Fund. *See* Case Inquiry Report (attached). The money Defendant seeks therefore is "long gone." *Fordham v. Georgia Dep't of Admin. Servs.*, No. 23-11214, 2023 WL 5747709, at *2 (11th Cir. Sept. 6, 2023). He therefore cannot recoup the sums

1

already paid.  *See id.* (holding that presidential pardon did not entitle the defendant whose conviction was final to recover restitution payments made before the pardon).

Accordingly, Defendant's Motion for Return of Monetary Penalties, ECF No. 68, is denied.

Dated:  February 25, 2026

Amit P. Mehta<br>United States District Judge

**Case Inquiry-All**

| Parameter | Value |
|---|---|
| Case Number | DDCX121CR000622 |
| Party Number | |
| Payee Code | |
| Display Party Detail | N - Do Not Print Party Details |
| Display Payee Detail | N - Do Not Print Payee Details |
| Display Transactions | Y - Print Transaction History |

# U.S. Courts
## Case Inquiry Report

**Case Num:** DDCX121CR000622;   **Party Num:** N/A;   **Payee Code:** N/A

**Show Party Details:** N;   **Show Payee Details:** N;   **Show Transactions:** Y

| Case Number | DDCX121CR000622 | | Case Title | USA V. GARDNER II | | | | |

**Summary Party Information:**

| Party # | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | DCX2027 | MITCHELL TODD GARDNER II | DCXA121CR-006221 | SPECIAL PENALTY ASSESSMENT | | 300.00 | 300.00 | 0.00 |
| 001 | DCX2027 | MITCHELL TODD GARDNER II | DCXA121CR-006221 | FEDERAL RESTITUTION | | 3,500.00 | 3,500.00 | 0.00 |
| 001 | DCX2027 | MITCHELL TODD GARDNER II | DCXA121CR-006221 | OVERPAYMENT | | 270.00 | 270.00 | 0.00 |
| | | | | | | 4,070.00 | 4,070.00 | 0.00 |

**Summary Payee Information:**

| Payee/Adr Code | Payee Name | | | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|---|---|
| IPACAOC/1 | ARCHITECT OF THE CAPITOL | | | 3,500.00 | 3,500.00 | 0.00 |
| IPACBOPFTD/1 | FCI, FORT DIX/BOP | | | 270.00 | 270.00 | 0.00 |
| | | | | 3,770.00 | 3,770.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

## U.S. Courts
## Case Inquiry Report
Case Num: DDCX121CR000622;   Party Num: N/A;   Payee Code: N/A

Show Party Details: N;   Show Payee Details: N;   Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | Payee Line # | | Depository Line # | Check Number | | |
| CTC B061223DDCX121CR00062200145 | 12-Jun-23 | 27-Jul-23 | PR | 30.00 | MITCHELL TODD GARDNER II | O | IP3 | 504100 |
| DDCX121CR000622-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | |
| CTC B091123DDCX121CR00062200158 | 11-Sep-23 | 25-Oct-23 | PR | 0.00 | MITCHELL TODD GARDNER II | O | IP2 | 6855XX |
| DDCX121CR000622-001 | 2 | FEDERAL RESTITUTION | | | | | | |
| CTC B091123DDCX121CR00062200158 | 11-Sep-23 | 25-Oct-23 | PR | 30.00 | MITCHELL TODD GARDNER II | O | IP2 | 6855XX |
| DDCX121CR000622-001 | 3 | OVERPAYMENT | | | | | | |
| CTC B091123DDCX121CR00062200158 | 11-Sep-23 | 25-Oct-23 | IN | 0.00 | MITCHELL TODD GARDNER II | O | IP2 | 6855XX |
| DDCX121CR000622-001 | | FEDERAL RESTITUTION | | | | | | |
| CTC DCXCCA24-DCX000205809 | 19-Oct-23 | 19-Oct-23 | PR | 270.00 | MITCHELL TODD GARDNER II | O | 04 | 504100 |
| DDCX121CR000622-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | |
| CTC DCXCCA24-DCX000205809 | 19-Oct-23 | 19-Oct-23 | PR | 3,500.00 | MITCHELL TODD GARDNER II | O | 06 | 6855XX |
| DDCX121CR000622-001 | 2 | FEDERAL RESTITUTION | | | | | | |
| IPT DCXCCA24-00097 | 09-Nov-23 | 09-Nov-23 | PR | 30.00 | FCI, FORT DIX/BOP | O | 03 | 6855XX |
| DDCX121CR000622-001 | 3 | OVERPAYMENT | 1 | | | | | |
| IPT DCXCCA24-00174 | 08-Dec-23 | 08-Dec-23 | PR | 3,500.00 | ARCHITECT OF THE CAPITOL | O | 03 | 6855XX |
| DDCX121CR000622-001 | 2 | FEDERAL RESTITUTION | 1 | | | | | |
| CTC B121123DDCX121CR00062200153 | 11-Dec-23 | 11-Jan-24 | IN | 0.00 | MITCHELL TODD GARDNER II | O | IP2 | 6855XX |
| DDCX121CR000622-001 | | FEDERAL RESTITUTION | | | | | | |
| CTC B121123DDCX121CR00062200153 | 11-Dec-23 | 11-Jan-24 | PR | 240.00 | MITCHELL TODD GARDNER II | O | IP2 | 6855XX |
| DDCX121CR000622-001 | 3 | OVERPAYMENT | | | | | | |
| CTC B121123DDCX121CR00062200153 | 11-Dec-23 | 11-Jan-24 | PR | 0.00 | MITCHELL TODD GARDNER II | O | IP2 | 6855XX |
| DDCX121CR000622-001 | 2 | FEDERAL RESTITUTION | | | | | | |
| IPT DCXCCA24-00330 | 12-Feb-24 | 12-Feb-24 | PR | 240.00 | FCI, FORT DIX/BOP | O | 03 | 6855XX |
| DDCX121CR000622-001 | 3 | OVERPAYMENT | 1 | | | | | |

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DDCX121CR000622;   **Party Num:** N/A;   **Payee Code:** N/A
**Show Party Details:** N;   **Show Payee Details:** N;   **Show Transactions:** Y

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CTC | Cash Receipt - Courts CCA Automated |
| IPT | SF224 IPAC Payment Sent - CCAM Automated |